IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUANE MCKINNEY, | : | |
| Petitioner, | : | 1:16-cv-1624 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN OF USP CANAAN, | : | |
| Respondent. | : | |

## ORDER

**October 6, 2016**

NOW THEREFORE, upon consideration of the petition (Doc. 1-1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The petition (Doc. 1-1) for writ of habeas corpus is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge